Michael A. Galpern, NJ Bar No.: 38907
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400
Attorneys for Plaintiff, Salvatrice Nigito and Rosalia Nigito, individually and as Co-Executrix's of the Estate of Guiseppe Nigito, deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C-06-6048-CRB<br><br>**MDL No.: 1699**<br>**District Judge: Charles R. Breyer** |
| SALVATRICE NIGITO and ROSALIA NIGITO, individually and as Co-Executrix's of the Estate of GUISEPPE NIGITO, deceased<br><br>Plaintiffs,<br><br>vs.<br><br>Pfizer, et al.,<br><br>Defendants. | **Docket No.: 06-6048-CRB**<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, SALVATRICE NIGITO and ROSALIA NIGITO, individually and as Co-Executrix's of the ESTATE OF GUISEPPE NIGITO, deceased, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

1

DATED: Oct 30, 2009    LOCKS LAW FIRM, LLC

By: _____
Michael A. Galpern
Attorney for Plaintiffs, Salvatrice Nigito and Rosalia Nigito, individually and as Co-Executrix's of the Estate of Guiseppe Nigito, deceased

DATED: December 7, 2009    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorney for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: DEC 1 1 2009

_____
Honorable Charles R. Breyer
United States District Court

2